Anna Y. Park, SBN 164242
anna.park@eeoc.gov
Nakkisa Akhavan, SBN 286260
nakkisa.akhavan@eeoc.gov
Andrea E. Ringer, SBN 307315
andrea.ringer@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 E. Temple St., 4th Fl.
Los Angeles, CA 90012
Phone: (213) 785-3008
Fax: (213) 894-1301

*Attorneys for Plaintiff*
U.S. Equal Employment Opportunity Commission

Jennifer N. Lutz, SBN 190460
jlutz@pettitkohn.com
PETTIT KOHN INGRASSIA LUTZ & DOLIN PC
11622 El Camino Real, Suite 300
San Diego, CA 92130
Telephone: (858) 755-8500
Facsimile: (858) 755-8504

*Attorney for Defendant*
KIMCO STAFFING SERVICES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>KIMCO STAFFING SERVICES, INC., RYDER INTEGRATED LOGISTICS, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:19-cv-01838 JFW (SPx)<br><br>**JOINT STIPULATION TO AMEND KIMCO CONSENT DECREE TO EXTEND FROM FEBRUARY 23, 2024, TO JUNE 24, 2024; [PROPOSED] ORDER** |

**TO THE HONORABLE JOHN F. WALTER:**

Plaintiff U.S. Equal Employment Opportunity Commission (the "EEOC" or "Commission") and Defendant Kimco Staffing Services, Inc. (hereinafter "Defendant") (collectively, "Parties") hereby jointly stipulate to amend the Consent Decree in the above-captioned case to extend the term for four (4) months to ensure Defendant fulfills the requirements of the Consent Decree. (*See* Consent Decree, ECF No. 59).

Pursuant to Section VI of the Consent Decree, signed by this Court on May 25, 2021, the terms of the Consent Decree may be amended or modified by mutual agreement of the Parties in the interests of justice and fairness to effectuate the provisions of the Decree (ECF No. 59 at 5:5-7). Pursuant to Section V of the Consent Decree and this Court's November 14, 2022, Order, this Court retains jurisdiction until its expiration on February 23, 2024 (ECF No. 59 at 4:17-20; ECF No. 63).

During the term of the Consent Decree, Defendant failed to timely comply with the Consent Decree and thereafter failed to meet various benchmarks in the Consent Decree. Accordingly, on November 7, 2022, the Parties filed a joint stipulation to extend the Consent Decree by nine (9) months. (*See* ECF No. 62). On November 14, 2022, this Court entered an Order extending the Consent Decree to February 23, 2024. (*See* ECF No. 63). Since then, Defendant has made progress coming into compliance with several sections of the Decree. However, Defendant has failed to meet its obligations with respect to the investigation of complaints, as required by Sections XI.B, XI.D, and XI.F of the Consent Decree. (*See* ECF No. 59 at 14:20-15:8, 17:12-19:8, and 24:10-25:20). These Sections are an integral part of the Consent Decree. The Parties have met and conferred regarding these issues, pursuant to Section VII (Compliance and Dispute Resolution) of the Consent Decree. (*See* ECF No. 59 at 5:9-27). The

| | |
|---|---|
| 1 | Parties believe a four (4) month extension of the Consent Decree is necessary in |
| 2 | the interests of justice and fairness to effectuate Sections XI.B, XI.D, and XI.F of |
| 3 | the Consent Decree.  Therefore, the Parties have reached a mutual agreement to |
| 4 | extend the Consent Decree for four (4) months with respect to the requirements |
| 5 | outlined in Sections XI.B, XI.D, and XI.F of the Consent Decree.  The Consent |
| 6 | Decree is set to expire on February 23, 2024.  Accordingly, the Parties have |
| 7 | mutually agreed to extend all requirements set forth in Sections XI.B, XI.D, and |
| 8 | XI.F of the Consent Decree and stipulated to extend the term of the Consent |
| 9 | Decree through June 24, 2024.  As part of this agreement, the Parties agree that |
| 10 | Defendant will work with the Monitor, and that the Monitor will provide an exit |
| 11 | report regarding Defendant's complaint investigations 45 days prior to the |
| 12 | Consent Decree's expiration.   The Parties also agree that the Parties will |
| 13 | continue to be bound by Section VII, the Compliance and Dispute Resolution |
| 14 | section.  In essence, the Parties have mutually agreed to the following: |

1. The Consent Decree shall be extended from February 23, 2024 to June 24, 2024 with respect to Sections VII, XI.B, XI.D, and XI.F to ensure Defendant fulfills its requirements of the Consent Decree, wherein Defendant shall comply with and remain bound by Sections VII, XI.B, XI.D, and XI.F of the Consent Decree until the Consent Decree terminates on June 24, 2024;

2. Defendant's Monitor shall provide an Exit Report regarding Defendant's complaint investigations 45 days prior to the Consent Decree's expiration; and

3. Defendant shall fulfill all benchmarks in the Consent Decree outlined in Sections XI.B, XI.D, and XI.F until the Consent Decree expires on June 24, 2024.

As such, the Parties stipulate and respectfully request that this Court approve the stipulation that the Consent Decree term be extended for four (4)

months as to Sections VII, XI.B, XI.D, and XI.F, with the Consent Decree terminating on June 24, 2024.

**IT IS SO STIPULATED.**

Dated: January 25, 2024          Respectfully submitted,

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

By: /s/ *Andrea E. Ringer*
    Andrea E. Ringer
    Attorney for Plaintiff U.S. EEOC


PETTIT KOHN INGRASSIA LUTZ
& DOLIN PC


By: /s/ *Jennifer N. Lutz*
    Jennifer N. Lutz
    Attorney for Defendant Kimco Staffing Services, Inc.

**FILER'S ATTESTATION**

I, Andrea E. Ringer, am the ECF user whose identification and password are being used to file this JOINT STIPULATION TO AMEND KIMCO CONSENT DECREE TO EXTEND FROM FEBRUARY 23, 2024 TO JUNE 24, 2024; [PROPOSED] ORDER on behalf of Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and Defendant Kimco Staffing Services, Inc. ("Defendant Kimco").  In compliance with Local Rule 5-4.3.4(a)(2), I hereby attest that Defendant Kimco concurs in the filing's content and has authorized the filing.

Dated: January 25, 2024    Respectfully submitted,

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

By:   /s/
    Andrea E. Ringer
    Attorney for Plaintiff U.S. EEOC